[No. 6012–8–III.   Division Three.   June 13, 1985.]

ARNOLD'S RANCH AND HOME, INC., *Respondent,* v. DICK HUBER, ET AL, *Defendants,* YAKIMA VALLEY ROOFING COMPANY, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 22497, W. R. Cole, J., entered August 8, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 6227–9–III.   Division Three.   June 13, 1985.]

KAE HEATH, *Appellant,* v. HANS J. BERGH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 25155, James R. Thomas, J., entered November 15, 1983. *Reversed* and *remanded* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.

[No. 6321–6–III.   Division Three.   June 13, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER P., *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 83–8–00032–1, Daniel J. Hurson, J. Pro Tem., entered January 3, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.